**Phillip E. TEMPLE, Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

**No. 2006–3210.**

United States Court of Appeals, Federal Circuit.

April 7, 2006.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**CACI INTERNATIONAL, INCORPORATED, Appellant,**

v.

**Donald H. RUMSFELD, Secretary of Defense, Appellee.**

**No. 05–1495.**

United States Court of Appeals, Federal Circuit.

April 7, 2006.

Before MAYER, LOURIE, and DYK, Circuit Judges.

Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.